**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Stephen P. Mooney                          Case No. 13-26531
    Marianne Mooney                          Chapter 13
     aka Marianne R. Sague                 Judge: Bruce W. Black

                Debtors

_____/
Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.:  C15-31318

**Bradley S Covey**
Law Offices of Bradley S. Covey, P.C.
428 S Batavia Ave
Batavia, IL 60510
(630) 879-9559
Email: bradley.covey@gmail.com
_____/


### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

     NOW COMES Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2005-4, NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4 (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response agreeing with the Trustee's Notice of Final Cure Payment that was filed on November 20, 2015:

1. The Debtors filed their bankruptcy petition on June 28, 2013.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on November 20, 2015.
3. Creditor agrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date:  November 25, 2015 /s/ Ashley K. Rasmussen
Potestivo & Associates, P.C.
Ashley K. Rasmussen (ARDC#6308095)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No. C15-31318

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

|  |  |
|---|---|
| Stephen P. Mooney | Case No. 13-26531 |
| Marianne Mooney | Chapter 13 |
| aka Marianne R. Sague | Judge: Bruce W. Black |

Debtors

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.:  C15-31318

**Bradley S Covey**
Law Offices of Bradley S. Covey, P.C.
428 S Batavia Ave
Batavia, IL 60510
(630) 879-9559
Email: bradley.covey@gmail.com
_____/

### AFFIDAVIT OF SERVICE

I, Cathy Scanlan, state that on the 25th day of November 2015, I served a copy of the Response to the Notice of Final Cure and Affidavit of Service of same upon the below listed parties:

| | |
|---|---|
| Stephen P. & Marianne Mooney | Bradley S Covey |
| 2697 Lansdale Street | 428 S Batavia Ave |
| Aurora, IL 60503 | Batavia, IL 60510 |
| | |
| Office of the U.S. Trustee | Glenn B Stearns |
| 219 S Dearborn St, Room 873 | 801 Warrenville Road, Suite 650 |
| Chicago, IL 60604 | Lisle, IL 60532 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtors' Attorney and the Trustee, and the U.S. Trustee

*/s/ Cathy Scanlan*
Cathy Scanlan